UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 21, 2021             Judge: Hon. James Donato

Time: 10 Minutes

Case No.     **3:21-cv-06117-JD**
Case Name   **Moore v. Robinhood Financial LLC**

Attorney(s) for Plaintiff(s):    E. Michelle Drake
Attorney(s) for Defendant(s):  Kenneth E. Payson/Sanjay Nangia

Deputy Clerk: Lisa R. Clark             Court Reporter: Debbie Pas

PROCEEDINGS

Motion to Transfer Hearing -- Held

NOTES AND ORDERS

Robinhood's motion to transfer the case to the Western District of Washington is granted. Moore does not contest that this case could properly have been brought in the Western District of Washington, and the interests of justice establish that a transfer is warranted.

Moore is a Washington resident who has sued on behalf of a putative class of current and former Washington residents under Washington state law for events that took place in Washington. These factors amply demonstrate that the Western District of Washington is an eminently suitable for forum for this case. *See Van Mourik v. Big Heart Pet Brands, Inc.*, No. 17-cv-3889-JD, 2018 WL 3549122, at *1 (N.D. Cal. Apr. 23, 2019). A very similar case was litigated by Moore's counsel for two years in the Eastern District of Washington, with no problems or issues with respect to venue there.

Robinhood represents that it will not use a change of venue as a sword with respect to discovery, and will make available its witnesses and documents in the Western District of Washington as readily as it would in this District. To the extent that third parties might need to be deposed, Moore will have the same access to those witnesses. *See id*. at *2.

The Court declines to reach the motion to dismiss, and leaves it to the transferee court.